UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILFRED D. HART,

    Plaintiff,

v.

Case No. 18-cv-11851
Hon. Matthew F. Leitman

BEE PROPERTY MANAGEMENT, INC.,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order dated March 18, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

                                DAVID J. WEAVER
                                CLERK OF COURT

                          By:    s/Holly A. Monda
                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 18, 2019
Flint, Michigan